IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAREN WEBB, <br><br> Plaintiff, <br><br> v. <br><br> FULTON COUNTY; and the FULTON COUNTY CLERK OF SUPERIOR AND MAGISTRATE COURTS, <br><br> Defendants. | Case No.: <br><br><br> **JURY TRIAL DEMANDED** |

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, by and through counsel, hereby submits this statement.

1.     There are no parent entities or publicly held entities which own any of the stock of any of the parties who are plaintiffs in this case.

2.     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:  Karen Webb, Fulton County, and  the Fulton County Clerk of Superior and Magistrate Courts.

1

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the Plaintiff in this proceeding: A. J. Mitchell and Mark Tieman (Pro hac vice application to follow).

Respectfully submitted this 5th day of July, 2024.

/s/ A. J. Mitchell
A. J. Mitchell
Georgia Bar No.: 512269
*ATTORNEY FOR PLAINTIFF*
**Law Offices of A. J. Mitchell, LLC**
2388 Scenic Hwy S,
Snellville, GA 30078
Email: aj@ajmitchell-law.com
Phone: (770) 972-6623
Facsimile: (404) 592-6821

/s/ Mark Tieman
Mark Tieman*
**Pro hac vice application to follow*
*ATTORNEY FOR PLAINTIFF*
California Bar No. 344822
New Jersey Bar No. 155692016
Email: MDTieman@gmail.com
Phone: (610) 207-8427

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of July, 2024, a copy of the foregoing Statement was filed with the Clerk of the Court using the ECF system. I also certify that the foregoing will be served, along with a copy of the Summons and Complaint, upon the following defendants:

Fulton County
c/o Office of Fulton County Attorney
141 Pryor Street, S.W.
Suite 4038
Atlanta, GA 30303

Fulton County Clerk of Superior and
Magistrate Courts
136 Pryor Street SW
Atlanta, GA 30303

This 5th day of July, 2024.

/s/ A. J. Mitchell
A. J. Mitchell
Georgia Bar No.: 512269
*ATTORNEY FOR PLAINTIFF*
**Law Offices of A. J. Mitchell, LLC**
2388 Scenic Hwy S,
Snellville, GA 30078
Email: aj@ajmitchell-law.com
Phone: (770) 972-6623