IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAREN WEBB,<br>    Plaintiff,<br><br>    v.<br><br>FULTON COUNTY; and the FULTON COUNTY CLERK OF SUPERIOR AND MAGISTRATE COURTS,<br>    Defendants. | Civil Action No.<br>1:24-cv-02973-SDG-CCB |

### ORDER

The undersigned **RECUSES** from consideration of this action. The Clerk of Court is **DIRECTED** to reassign this action to another district court judge in accordance with the Court's procedures.

**SO ORDERED** this 12th day of July, 2024.

_____
Steven D. Grimberg
United States District Court Judge